UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
VICENTE CARRASCO FLORES AND
VALERIYA MUKHINA, *individually and on behalf of others*,

                                                                              17 Civ. 06915 (LGS)

                Plaintffs,

    -- against –

NYC PASTA RISOTTO CO., LLC
(D/B/A RADICCHIO PASTA AND RISOTTO
CO.), SATINDER SHARMA, AJIT BAINF AND
DANIEL MONTOYA,

                Defendants
------------------------------------------------X

## NOTICE OF
## *PRO HAC VICE* MOTION

      **PLEASE TAKE NOTICE** that upon the attached affidavit of in support of this motion and the Certificate of Good Standing annexed thereto, Plaintiff moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Brian Lehman, a member of the firm of Lehman LG LLC and a member in good standing of the Bar of the State of Connecticut, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff.

Date:  November 15, 2017

                                                                                */s/ Brian Lehman*
                                                                                  Brian Lehman
                                                                                 Lehman LG LLC
                                                                            244 5th Ave., B258
                                                                        New York, NY 10001
                                                      brian@lehmanlawgroup.com
                                                                                  724-453-4626