UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
VICENTE CARRASCO FLORES AND
VALERIYA MUKHINA, *individually and on
behalf of others*,

                Plaintffs,                    17 Civ. 06915 (LGS)

    -- against --

NYC PASTA RISOTTO CO., LLC
(D/B/A RADICCHIO PASTA AND RISOTTO
CO.), SATINDER SHARMA, AJIT BAINF AND
DANIEL MONTOYA,

                Defendants
-------------------------------------------------X

## AFFADAVIT IN SUPPORT
## OF *PRO HAC VICE* MOTION

1.     I am a member with the law firm of Lehman LG LLC.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above caption case, which is presided over by the Honorable Lorna G. Schofield.

3.     As shown in attached Certificate of Good Standing, which was issued within the last thirty (30) days, I am a member of good standing of the Bar of the State of Connecticut.

4.     I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission  by  any court.

5.     There are no disciplinary proceedings against me in any State or Federal Court.

6.     I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendants.

Date:  November 15, 2017

Notarized by:

AVNER BAR-AM
Notary Public, State of New York
No. 01BA6106502
Qualified in Kings County
Commission Expires March 8, 2020

                                Brian Lehman
                                Lehman LG LLC
                                244 5th Ave., B258
                                New York, NY 10001