# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify,* that, in the Superior Court at **New Haven** on the **28th** day of **May, 2004**

**Brian Lehman**

of

**Brooklyn, New York**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **October 18, 2017**



*Carolyn C. Ziogas*
Chief Clerk