UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
VICENTE CARRASCO FLORES AND
VALERIYA MUKHINA, *individually and on behalf of others*,

                                 Plaintffs,

   -- against –

NYC PASTA RISOTTO CO., LLC
(D/B/A RADICCHIO PASTA AND RISOTTO
CO.), SATINDER SHARMA, AJIT BAINF AND
DANIEL MONTOYA,

                                Defendants
-------------------------------------------------X

17 Civ. 06915 (LGS)

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF BRIAN LEHMAN

The Court, having considered Plaintiff's Motion for the *pro hac vice* admission of Brian Lehman, hereby grants the motion.

IT IS SO ORDERED.

Date:  November 15, 2017

                                                                             _____
                                                                             Honorable Lorna G. Schofield