```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VICENTE CARRASCO FLORES, et al.,                            :
                                                            :
                                   Plaintiffs,              :      17 Civ. 6915 (LGS)
                                                            :
             -against-                                      :      ORDER
                                                            :
NYC PASTA AND RISOTTO CO. LLC, et al.,                      :
                                                            :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 18, 2018, required the parties to file a status letter by March 12, 2018, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to file the letter. It is hereby

**ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **March 19, 2018**.

Dated: March 15, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**