# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                     Facsimile: (212) 317-1620

May 4th, 2018

**Via ECF**

Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

         Re:     Flores, Carrasco, et al. v. NYC Pasta and Risotto Co. LLC, et al.;
                 17-cv-6915 (LGS)

Dear Judge Schofield:

     I represent Plaintiffs in the above referenced matter and submit this letter, on behalf of both sides to advise the Court of the status of this case. Plaintiffs have taken the deposition of Defendant Satinder Sharma but have yet to take the deposition of Defendant Daniel Montoya.

     Counsel for Plaintiffs and Defendant are trying to schedule a deposition for Mr. Montoya within the coming week between May 7th, 2018 and May 11th, 2018 in order to keep the existing May 18th, 2018 discovery end date.

     The parties respectfully ask that the Court permit the parties to have until May 29th, 2018 to schedule this last deposition in the event they cannot settle on a mutually convenient date this coming week. The case management conference is set for May 30th, 2018 in this matter so the requested extension would not alter other pending deadlines and would allow the Court to maintain the trajectory of this matter.

     At this time, the parties do not think that a settlement conference would be productive.

                                          Respectfully Submitted,

                                          /s/ *Colin Mulholland, Esq.*
                                          Colin Mulholland, Esq.