# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

September 14th, 2018

**Via ECF**

Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Flores, Carrasco, et al. v. NYC Pasta and Risotto Co. LLC, et al.; 17-cv-6915 (LGS)

Dear Judge Schofield:

The undersigned writes to respectfully request that the Court permit Plaintiffs to submit proposed damage calculations and a complete and thorough application for attorneys' fees by September 28th, 2018.

Respectfully Submitted,

/s/ *Colin Mulholland, Esq.*
Colin Mulholland, Esq.