September 7, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VICENTE CARRASCO FLORES, et al., :
                            Plaintiffs, :
:     17 Civ. 6915 (LGS)
        -against- :
:     **Verdict Form**
NYC PASTA AND RISOTTO CO. LLC, et al., :
                         Defendants, :
------------------------------------------------------------X

**Defendant Satinder Sharma**

1. Has Plaintiff Carrasco shown that Defendant Sharma was his employer?

    Yes __✓__ No _____

2. Has Plaintiff Mukhina shown that Defendant Sharma was her employer?

    Yes __✓__ No _____

**Defendant Daniel Montoya**

3. Has Plaintiff Carrasco shown that Defendant Montoya was his employer?

    Yes _____ No __✓__

4. Has Plaintiff Mukhina shown that Defendant Montoya was her employer?

    Yes _____ No __✓__

**Please proceed to the next page.**

1

September 7, 2018

**You have reached a verdict.  This form should be signed, dated and given to the Marshal.**

1. _[signature]_____
Juror

2. _[signature] O Donoghue_____
Juror

3. _____
Juror

4. _[signature]_____
Juror

5. _[signature]_____
Juror

6. _[signature]_____
Juror

7. _[signature]_____
Juror

8. _[signature] Charles_____
Juror

_[signature]_____
Foreperson

_9/7/18_____
Date and Time