September 27, 2018

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Carrasco Flores et al v. NYC Pasta and Risotto co. LLC et al.*, No. 17 Civ. 06915 (LGS)

Your Honor:

    I am counsel for defendants in the above-captioned case. Yesterday afternoon, I received Plaintiffs' proposed memorandum of law in support of Plaintiffs' damage calculations. Having reviewed the memorandum, I believe that opposing counsel and I should meet-and-confer in an effort to identify the areas of agreement so as to minimize the burden placed on the Court as ordered by the Court (Dkt. #70).

    For this reason, I request that the Court extend the time to submit a joint or unopposed calculation by one week to Friday, October 5, 2018. This will allow counsel to meet-and-confer on Monday or Wednesday of next week.

    I would also move for the due date of defendants' opposition (if any) to Tuesday thereafter. The result would be an extension of two (2) business days in which I may submit any opposition to Tuesday, October 9, 2018.

    Sincerely,
/s/ Brian Lehman
Brian Lehman
Lehman LG LLC
Counsel for Defendants
brian@lehmanlawgroiup.com
724-453-2626