# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

September 27th, 2018

**<u>Via ECF</u>**

Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   **Flores, Carrasco, et al. v. NYC Pasta and Risotto Co. LLC, et al.;**
> <u>17-cv-6915 (LGS)                                          </u>

Dear Judge Schofield:

The undersigned is a little bit surprised by the Defendants application and had not heard from Defendants since Plaintiffs circulated copies of the Plaintiffs' memorandum on proposed damage calculations and fee application.

It is Plaintiffs' preference to submit their materials this Friday and Defense Counsel can register objections or concessions in writing by the established October 9th, 2018 response date or some other reasonable time to respond set by the Court.

Respectfully Submitted,

<u>/s/ *Colin Mulholland, Esq.*</u>
Colin Mulholland, Esq.