USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2018

September 27, 2018

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Carrasco Flores et al v. NYC Pasta and Risotto co. LLC et al.*, No. 17 Civ. 06915 (LGS)

Your Honor:

    I write in reply to Plaintiffs' opposition to my request for an extension.

    I requested such an extension so that I could meet and confer with opposing counsel as directed by the Court's order (Dkt. #70). The Court's order stated: "Plaintiffs shall exchange the proposed damage calculations with Defendant prior to filing in an effort to submit a joint or unopposed calculation." I interpreted that order as meaning counsel should have a meet-and-confer (*i.e.*, make "an effort to submit a joint or unopposed calculation").

    Any meet-and-confer tomorrow will not be productive. I only receive Plaintiffs' counsel memorandum yesterday afternoon and need to look at the various statutes, regulations and cases cited in the memorandum.

    Plaintiffs' counsel states: "It is Plaintiffs' preference to submit their materials this Friday and Defense Counsel can register objections or concessions in writing by the established October 9th, 2018 [sic] response date or some other reasonable time to respond set by the Court."

    I am also equally comfortable with filing my objections on October 8, 2018, per the Court's <u>current</u> order (Dkt. #70). As it turns out, I have only asked for <u>one</u> additional day because I did not correctly state the due date in my initial letter motion.

    Finally, I would point out that Plaintiffs' proposal, if accepted, puts the burden on the Court to go through the two documents and resolve any disputes. I wrote today so that both counsels would have time to see if we could eliminate as much of that burden as possible.

It is a bit surprising that opposing counsel doesn't want to take the same steps.

                                       Sincerely,
/s/ Brian Lehman
Brian Lehman
Lehman LG LLC
Counsel for Defendants
brian@lehmanlawgroup.com
724-453-2626

cc: Plaintiffs' counsel by ECF/C

Defendants' application (Dkt No. 72) is GRANTED.  The parties shall confer no later than October 3, 2018, regarding the proposed damage calculations in an effort to submit a joint or unopposed calculation.  Plaintiffs shall file the proposed damage calculations and an application for attorneys' fees by October 5, 2018.  Defendants shall file any response or objection by October 9, 2018.

Dated: September 28, 2018
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2