UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

VICENTE CARRASCO FLORES and
VALERIYA MUKHINA, individually
and on behalf of others similarly situated,

    Plaintiffs,

        -against-

NYC PASTA AND RISOTTO CO. LLC
(d/b/a RADICCHIO PASTA AND
RISOTTO CO.), SATINDER SHARMA and
DANIEL MONTOYA,

    Defendants.

--------------------------------------------------------X

**17 Civ. 06915 (LGS)**

### NOTICE OF MOTION FOR RECONSIDERATION
### UNDER LOCAL RULE 6.3

Defendant Satinder Sharma hereby moves under Local Rule 6.3 for reconsideration of the Court's order from the bench during trial denying his motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for the reasons stated in the accompanying memorandum of law.

Date: October 4, 2018

    Respectfully submitted,
    /s/ *Brian Lehman*
    Brian Lehman
    Lehman LG LLC
    244 5th Ave., Suite B258
    New York, New York 10001
    brian@lehmanlawgroup.com
    724-453-4626
    Counsel for Defendants

CM/ECF: All Counsel of Record