For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Vicente Carrasco Flores** | 11/25/2013 | 12/30/2013 | 5 | 76.5 | $ 7.25 | $ 10.88 | $ 829.06 | $ 350.00 | $ 8.75 | $ 13.13 | $ 479.06 | $ 2,395.31 | $ 2,395.31 |
| | 12/31/2013 | 12/30/2014 | 52 | 76.5 | $ 8.00 | $ 12.00 | $ 829.06 | $ 350.00 | $ 8.75 | $ 13.13 | $ 479.06 | $ 24,911.25 | $ 24,911.25 |
| | 12/31/2014 | 7/31/2015 | 30 | 76.5 | $ 8.75 | $ 13.13 | $ 829.06 | $ 350.00 | $ 8.75 | $ 13.13 | $ 479.06 | $ 14,371.88 | $ 14,371.88 |
| | 8/1/2015 | 8/15/2015 | 2 | 76.5 | $ 8.75 | $ 13.13 | $ 1,065.94 | $ 450.00 | $ 11.25 | $ 16.88 | $ 615.94 | $ 1,231.88 | $ 1,231.88 |
| | | | | | | | | | | | | $ 41,678.44 | $ 41,678.44 |
| **Valeriya Mukhina** | 9/15/2011 | 12/30/2013 | 120 | 39 | $ 7.25 | $ 10.88 | $ 282.75 | $ 150.00 | $ 3.75 | $ 5.63 | $ 132.75 | $ 12,597.00 | $ 12,597.00 |
| | 12/31/2013 | 12/30/2014 | 52 | 39 | $ 8.00 | $ 12.00 | $ 312.00 | $ 150.00 | $ 3.75 | $ 5.63 | $ 162.00 | $ 5,091.00 | $ 5,091.00 |
| | 12/31/2014 | 8/15/2015 | 32 | 39 | $ 8.75 | $ 13.13 | $ 341.25 | $ 150.00 | $ 3.75 | $ 5.63 | $ 191.25 | $ 2,787.00 | $ 2,787.00 |
| | | | | | | | | | | | | $ 20,475.00 | $ 20,475.00 |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 62,153.44 | $ 62,153.44 |
| **NYLL - SOL** | 9/14/2011 | | | | | | | | | | | | |
| **NYLL Amendment Date** | 4/9/2011 | | | | | | | | | | | | |
| **FLSA - SOL** | 9/13/2014 | | | | | | | | | | | | |
| **Filing Date** | 9/12/2017 | | | | | | | | | | | | |
| **Today's Date** | 9/26/2018 | | | | | | | | | | | | |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tools of the Trade | Tip-withholding | |
| **Vicente Carrasco Flores** | 11/25/2013 | 12/30/2013 | 6 | $ 217.50 | $ 217.50 | $ 1,033.00 | $ 93.80 | $ 5,000.00 | $ 5,000.00 | $ 3,090.00 | | $ 19,442.43 |
| | 12/31/2013 | 12/30/2014 | 6 | $ 2,496.00 | $ 2,496.00 | $ 9,511.65 | $ 953.03 | $ - | $ - | $ - | | $ 65,279.17 |
| | 12/31/2014 | 7/31/2015 | 6 | $ 1,575.00 | $ 1,575.00 | $ 4,463.35 | $ 489.13 | $ - | $ - | $ - | | $ 36,846.23 |
| | 8/1/2015 | 8/15/2015 | 6 | $ 105.00 | $ 105.00 | $ 347.94 | $ 29.66 | $ - | $ - | $ - | | $ 3,051.35 |
| | | | | $ 4,288.50 | $ 4,288.50 | $ 15,007.99 | $ 1,535.96 | $ 5,000.00 | $ 5,000.00 | $ 3,090.00 | $ - | $ 121,567.83 |
| | | | | | | | | | | | | |
| **Valeriya Mukhina** | 9/15/2011 | 12/30/2013 | 1 | $ 7.25 | $ 7.25 | $ 6,678.13 | $ 3.84 | $ 5,000.00 | $ 5,000.00 | $ 215.00 | $ 10,000.00 | $ 52,105.47 |
| | 12/31/2013 | 12/30/2014 | 1 | $ 8.00 | $ 8.00 | $ 1,943.85 | $ 3.05 | $ - | $ - | $ - | | $ 12,144.91 |
| | 12/31/2014 | 8/15/2015 | 1 | $ 8.75 | $ 8.75 | $ 860.38 | $ 2.70 | $ - | $ - | $ - | | $ 6,454.58 |
| | | | | $ 24.00 | $ 24.00 | $ 9,482.36 | $ 9.60 | $ 5,000.00 | $ 5,000.00 | $ 215.00 | $ 10,000.00 | $ 70,704.96 |
| | | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | $ - | $ 4,312.50 | $ 4,312.50 | $ 24,490.36 | $ 1,545.56 | $ 10,000.00 | $ 10,000.00 | $ 3,305.00 | $ 10,000.00 | $ 192,272.79 |

| | |
|---|---|
| **NYLL - SOL** | 9/14/2011 |
| **NYLL Amendment Date** | 4/9/2011 |
| **FLSA - SOL** | 9/13/2014 |
| **Filing Date** | 9/12/2017 |
| **Today's Date** | 9/26/2018 |