**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VICENTE CARRASCO FLORES and

VALERIYA MUKHINA,

*individually and on behalf of others similarly situated*,

                    *Plaintiffs*,

   -against-

NYC PASTA AND RISOTTO CO. LLC

(d/b/a RADICCHIO PASTA AND RISOTTO CO.),

SATINDER SHARMA and DANIEL MONTOYA,

                  *Defendants.*
-------------------------------------------------------------------X

17-cv-6915

(LGS)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Colin Mulholland, Esq., the accompanying Memorandum of Law, and all the papers and proceedings had herein, Plaintiffs will move this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10070, on a date to be determined by the Court, for an Order awarding Plaintiffs attorneys' fees and costs, as well as such further relief as the Court deems just and proper.

Dated:      New York, New York
                 September 28, 2018

                                                             MICHAEL FAILLACE & ASSOCIATES, P.C.

                            By:    /s/Colin Mulholland, Esq.
                                    Colin Mulholland, Esq.
                                    60 East 42nd Street, Suite 4510
                                    New York, New York 10165
                                    Telephone: (212) 317-1200
                                    Facsimile: (212) 317-1620
                                    *Attorneys for Plaintiffs*