**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VICENTE CARRASCO FLORES and VALERIYA
MUKHINA,, *individually and on behalf of others*
*similarly situated,,*

                               *Plaintiffs*,

     -against-

NYC PASTA AND RISOTTO CO. LLC
(d/b/a RADICCHIO PASTA AND RISOTTO
CO.), SATINDER SHARMA and DANIEL
MONTOYA

                               *Defendants.*
------------------------------------------------------------------X

17-cv-6915 (LGS)

**DECLARATION OF COLIN MULHOLLAND, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

      Colin Mulholland, Esq., an attorney duly admitted to practice in New York and in this Court, affirms on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.     I represent the Plaintiffs in this lawsuit for unpaid wages, liquidated damages, and attorneys' fees under the FLSA and New York Labor Law and regulations. I submit this declaration in support of Plaintiffs' motion for attorneys' fees and costs.

      2.     The FLSA and the New York Labor Law both contain fee-shifting provisions for actions to recover unpaid wages. 29 U.S.C. § 216(b) ("The court in such action shall, in addition to any judgment awarded to the Plaintiff or Plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action"); N.Y. Labor Law § 663(1) ("[An employee] may recover . . . costs and such reasonable attorney's fees as may be allowed by the court"). Plaintiffs incurred

costs and attorneys' fees in pursuing this action, and seek an award of reasonable attorney's fees and costs.

  3. A copy of our Firm's contemporaneous time records and billing sheet is annexed hereto as Exhibit A.

  4. The invoice for the trial transcript, interpreter services and deposition invoices in this action is annexed hereto as Exhibit B.

  5. Plaintiffs' attorneys respectfully request that the Court award attorneys' fees of $20,550.44 and costs of $6,970.03, for a total of $27,520.03.

Dated: New York, New York
    September 28, 2018

               /s/ Colin Mulholland, Esq.
               Colin Mulholland, Esq.