# *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Vicente Carrasco Flores                                                September 25, 2018

|  |  | File #: | PastaandRiso |
|---|---|---|---|
| **Attention:** |  | Inv #: | Sample |

RE:     Carrasco Flores et al v. NYC Pasta and Risotto co. LLC et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-04-17 | drafted complaint; discussed facts of case with client; sent complaint to staff for finalization | 2.30 | 1,035.00 | MF |
| Sep-10-17 | contacted client to determine whether other client is going to join the case | 0.10 | 45.00 | MF |
| Sep-11-17 | interviewed new client and got the facts for the complaint | 0.70 | 315.00 | MF |
| Sep-12-17 | reviewed and corrected complaint; requested that staff review and file the complaint | 1.50 | 675.00 | MF |
| Sep-18-17 | reviewed language of complaint and filed it for future use | 0.30 | 135.00 | MF |
| Nov-10-17 | Emails with Opposing counsel about case | 0.10 | 37.50 | CM |
| Nov-28-17 | Letter re motion to dismiss and emails with OC | 0.20 | 75.00 | CM |
| Dec-01-17 | Discussion with client about Ajit and emails with OC | 0.20 | 75.00 | CM |
| Dec-07-17 | Review of Amended Complaint | 0.30 | 112.50 | CM |
| Dec-08-17 | discussed the issue of individual ownership in FLSA with CM | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-19-17 | CM informed us that oc informed him of bankruptcy filing | 0.10 | 45.00 | MF |
| Jan-15-18 | 2nd CMP and discussion with OC | 0.20 | 75.00 | CM |
| Jan-17-18 | Initial Conference | 1.00 | 375.00 | CM |
| Mar-19-18 | Discussions with Opposing counsel about potential bankruptcy filing letter motion for extension of time | 0.30 | 112.50 | CM |
| Apr-16-18 | ·DEPOSITION of of Sati, with pre depo preparation, def was late | 2.50 | 937.50 | CM |
| Apr-18-18 | discussed with CM the responses given by the owner of the business during the deposition | 0.10 | 45.00 | MF |
| May-04-18 | Second Letter | 0.20 | 75.00 | CM |
| May-14-18 | discussed with CM what occurred at the depositions | 0.10 | 45.00 | MF |
|  | discussed with CM whether or not we should file a motion to compel to determine the name of the manager who our client dealt with in the business | 0.10 | 45.00 | MF |
| May-15-18 | discussed with CM the motion to amend the complaint he will file in order to get another defendant into the case | 0.10 | 45.00 | MF |
|  | ·DEPOSITION of of Montoya, pre-depo preparation | 1.75 | 656.25 | CM |
| May-17-18 | discussed with CM oc's threat to file a rule 11 motion and what we need to do about it | 0.10 | 45.00 | MF |
|  | Emails with Opposing counsel about potential other Defendants | 0.30 | 112.50 | CM |
| Jun-13-18 | Letter to Court and emails with OC | 0.20 | 75.00 | CM |
| Jun-25-18 | First Drafts of JPTO, Voir Dire, and pre trial submissions, review of file | 2.50 | 937.50 | CM |
| Jul-09-18 | review and filing of pre-trial submissions | 0.30 | 112.50 | CM |
| Aug-14-18 | discussed status of case with staff | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-17-18 | status letter | 0.10 | 37.50 | CM |
| Aug-21-18 | discussed with CM what occurred in the court and what the judge ordered; discussed with CM the strategy he will take in the deposition to establish that defendants were employers | 0.30 | 135.00 | MF |
| | status conference | 1.00 | 375.00 | CM |
| Aug-28-18 | discussed with CM the approach he is taking in preparing the clients and what we will have to do if we go to trial | 0.10 | 45.00 | MF |
| | trial preparation with each plaintiff | 4.00 | 1,500.00 | CM |
| | Helped prepare client for trial (translated). | 1.00 | 100.00 | PL |
| Aug-29-18 | Trial memo and trial pre: review of file, assemby of exhibits, case law, dockets, reseach | 2.75 | 1,031.25 | CM |
| Aug-31-18 | trial preparation with mukhina and review of judgement | 2.50 | 937.50 | CM |
| Sep-03-18 | File pre trial memo | 0.10 | 37.50 | CM |
| Sep-04-18 | discussed with CM the plan of action he has for the trial | 0.20 | 90.00 | MF |
| | reviewed status of the case with CM and provided him advice on further course of action | 0.10 | 45.00 | MF |
| Sep-05-18 | discussed with CM approach he plans to take at trial to prove individual liability and arguments that oc is raising | 0.10 | 45.00 | MF |
| | discussed what occurred at the trial with CM | 0.70 | 315.00 | MF |
| | Trial - preparation, discussions with clients, review of verdict sheet, memo, hearing, jury selection, first witnesses, post trial research and review, discussions with clients | 10.00 | 3,750.00 | CM |
| Sep-06-18 | discussed with CM the legal issues he presented to the judge in the legal memo | 0.20 | 90.00 | MF |
| | Interim Memo, review of Opposing counsel memo, discussions with counsel at office, trial stipulation circulated, call with court, | 6.00 | 2,250.00 | CM |

|  | discussions with Opposing counsel, review of transcript, research into case law, emails at the end of the night with chambers and OC | | | |
|---|---|---|---|---|
|  | legal research effect of tips on mw | 0.70 | 245.00 | GN |
| Sep-07-18 | Last day of trial - pre-trial preparation , pre trial emails and review of interim filings, review of charges, verdict sheet, finals witnesses, summation prepartion, discussions with clients, waiting for verdict, post trial discussion with clients | 8.00 | 3,000.00 | CM |
| Sep-25-18 | Final damage chart for submission | 0.50 | 187.50 | CM |
|  | Totals | 54.10 | $20,550.00 | |

### DISBURSEMENTS

|  | Filing Fee | 400.00 |
|---|---|---|
| Sep-26-17 | Process Server NYC Pasta & Risotto Co. LLC | 63.00 |
| Sep-28-17 | Process Server DGR - Daniel Montoya | 84.70 |
|  | Process Server DGR - Satinder Sharma | 30.20 |
|  | Process Server DGR - NYC Pasta and Risotto Co | 30.20 |
| Apr-16-18 | ·DEPOSITION of Satinder Sharma | 453.50 |
| May-15-18 | ·DEPOSITION of Daniel Montoya | 318.50 |
| Sep-05-18 | Transcript of Trial September 5, 2018 (Invoice 0503788-IN) | 334.05 |
| Sep-06-18 | interpreter Marcia Gottler (3 days x 800) | 2,400.00 |
|  | interpreter Jan Calloway (3 days x 800) | 2,400.00 |
| Sep-07-18 | Transcript of Trial September 7, 2018 (Invoice 0503786-IN) | 455.88 |
|  | Totals | $6,970.03 |

**Total Fee & Disbursements**          $27,520.03

**Balance Now Due**          $27,520.03