

**THE only Source For Legal Support**

Please Remit Payment to: 1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403-9222

# INVOICE

| INVOICE NUMBER |
|---|
| 349483 |

CLIENT FILE #: 1:17-CV-06915-LGS
SERVICE TYPE: PROCESS SERVICE
CLIENT #: FAI01

BILL TO: FELIPE GOMEZ
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET, SUITE 4510
NEW YORK NY 10165

ORDERED BY: FELIPE GOMEZ
SERVICE DATE: 09/28/17

CASE TITLE: FLORES VS. RISOTTO
CASE #: 1:17-CV-06915-LGS
REFERENCE: 1:17-CV-06915-LGS FLORES VS. RISOTTO

## SERVICE INFORMATION

SERVICE TO: SATINDER SHARMA C/O RADICCHIO PASTA AND RISOTTO CO.
34 FRANKLIN AVENUE
RIDGEWOOD NJ 07450

## REPORT

## BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 09/27/17 | 30.20- |
| COPYING CHARGES | 5.20 |
| ADDITIONAL PROCESS SERVICE - SAME TIME AND ADDRESS | 25.00 |
| PRE-PAID  CREDIT CARD $30.20 | .00 |

| BILLING DATE: | 10/02/17 | TOTAL AMOUNT DUE >>>> | .00 |
|---|---|---|---|

Note:   1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #349483 to my: AMEX ____   VISA ____   MASTERCARD ____

Card #: _____    Exp. Date: _____    Security Code: _____

Name on Card: _____    Signature: _____

Billing address: _____    City: _____    St: _____   Zip: _____
(If different from above)

Phone: _____    Email Address: _____



**THE** *only* **Source For Legal Support**

Please Remit Payment to: 1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403-9222

# INVOICE

| INVOICE NUMBER |
|---|
| 349485 |

CLIENT FILE #: 1:17-CV-06915-LGS
SERVICE TYPE: PROCESS SERVICE
CLIENT #: FAI01

BILL TO: FELIPE GOMEZ
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET, SUITE 4510
NEW YORK NY 10165

ORDERED BY: FELIPE GOMEZ
SERVICE DATE: 09/28/17

CASE TITLE: FLORES VS. RISOTTO
CASE #: 1:17-CV-06915-LGS
REFERENCE: 1:17-CV-06915-LGS FLORES VS. RISOTTO

## SERVICE INFORMATION

SERVICE TO: NYC PASTA AND RISOTTO CO. LLC D/B/A RADICCHIO PASTA AND RISOTTO CO.
34 FRANKLIN AVENUE
RIDGEWOOD NJ 07450

## REPORT

## BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 09/27/17 | 30.20- |
| COPYING CHARGES | 5.20 |
| ADDITIONAL PROCESS SERVICE - SAME TIME AND ADDRESS | 25.00 |
| PRE-PAID  CREDIT CARD $30.20 | .00 |

| BILLING DATE: | 10/02/17 | TOTAL AMOUNT DUE >>>> | .00 |
|---|---|---|---|

Note: 1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #349485 to my: AMEX ____ VISA ____ MASTERCARD ____

Card #: _____  Exp. Date: _____  Security Code: _____

Name on Card: _____  Signature: _____

Billing address: _____  City: _____  St: ____  Zip: _____
(If different from above)

Phone: _____  Email Address: _____



(518) 463-4179  
(800) 828-4428 NYS ONLY  
(518) 463-3752 Fax  
www.servico.com  
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 9/26/2017 | SP1710367 |

PAID 09/26/2017

**Bill To**
ATTN:Felipe  
Michael Faillace & Assoc.  
60 E. 42nd St, Suite 2540  
New York, NY  10165

**Ship To**
Felipe  
Michael Faillace & Assoc.  
60 E. 42nd St, Suite 2540  
New York, NY  10165

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  |  | 171200 | 212.317-1200 |

| Description | Amount |
|---|---|
| VINCENTE CARRASCO FLORES AND VALERIYA MUKHINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED  VS  NYC PASTA AND RISOTTO CO. LLC, ET AL | |
| SERVICE ON : NYC PASTA AND RISOTTO CO. LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 15.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPT. OF STATE | 40.00 |
| COPY FEE | 3.00 |
| Credit Card Ran | 0.00 |
| AFFIDAVIT AND RECEIPT NO. 2017 | 0.00 |

| | |
|---|---|
| Total | $63.00 |
| Payments/Credits | -$63.00 |
| Balance Due | $0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as acurate as REASONABLE CARE can make it.  However, the ultimete responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



**THE** *only* **Source For Legal Support**

Please Remit Payment to: 1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403-9222

# INVOICE

| INVOICE NUMBER |
|---|
| 349486 |

CLIENT FILE #: 1:17-CV-06915-LGS
SERVICE TYPE: PROCESS SERVICE
CLIENT #: FAI01

BILL TO: FELIPE GOMEZ
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET, SUITE 4510
NEW YORK NY 10165

ORDERED BY: FELIPE GOMEZ
SERVICE DATE: 09/28/17

CASE TITLE: FLORES VS. RISOTTO
CASE #: 1:17-CV-06915-LGS
REFERENCE: 1:17-CV-06915-LGS FLORES VS. RISOTTO

## SERVICE INFORMATION

SERVICE TO: DANIEL MONTOYA C/O RADICCHIO PASTA AND RISOTTO CO.
34 FRANKLIN AVENUE
RIDGEWOOD NJ 07450

## REPORT

## BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 09/27/17 | 84.70- |
| COPYING CHARGES | 5.20 |
| PROCESS SERVICE | 79.50 |
| PRE-PAID CREDIT CARD $84.70 | .00 |

| BILLING DATE: | 10/02/17 | TOTAL AMOUNT DUE >>>> | .00 |
|---|---|---|---:|

Note:  1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #349486 to my: AMEX ____  VISA ____  MASTERCARD ____

Card #: _____   Exp. Date: _____   Security Code: _____

Name on Card: _____   Signature: _____

Billing address: _____   City: _____   St: ____   Zip: _____
(If different from above)

Phone: _____   Email Address: _____



**Diamond Reporting & Legal Video**
T.877.624.3287 ♦ www.diamondreporting.com

FAILLACE, MICHAEL & ASSOCIATES, PC
60 EAST 42ND STREET
SUITE 4510
NEW YORK, NY 10165

COLIN MULHOLLAND, ESQ.

FLORES, CARRASCO VICENTE AND VALERIYA MUKHINA VS NYC PASTA AND RISOTTO CO. D/B/A RADICCHIO PASTA AND ROSOTTO CO, SATINDER SHARMA AND DANIEL MONTOYA
INDEX NO: 17-CV-6915

**INVOICE NO.:** 189203301
**INVOICE DATE:** 5/8/2018

**TAX ID #:** 11-266-5545
**BILLER ID:** JUF

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/16/2018 | DEPOSITION OF THE DEFENDANT, SATINDER SHARMA 85PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 382.50 |
| | 1/2 DAY APPEARANCE - YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 16.00 |
| | **SUB TOTAL** | **$453.50** |
| | **PAID** | **$0.00** |
| | **BALANCE DUE** | **$453.50** |

_THIS CASE HAS BEEN UPLOADED INTO
YOUR TRANSCRIPT REPOSITORY
THE DIAMOND VAULT_

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE
***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

Make checks payable to: Diamond Reporting, Inc.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Check

Credit Card #: _____
Exp. Date: _____   Security Code: _____
Name on Card: _____

**DIAMOND DEPOSITION CENTERS**

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island, Dutchess,
Melville, Mineola, Orange, Rockland,
Sullivan, White Plains, Ulster
• • • • • • • • • • • •
New Jersey



**Diamond Reporting & Legal Video**
T.877.624.3287 ♦ www.diamondreporting.com

FAILLACE, MICHAEL & ASSOCIATES, PC
60 EAST 42ND STREET
SUITE 4510
NEW YORK, NY 10165

COLIN MULHOLLAND, ESQ.

FLORES, CARRASCO VICENTE AND VALERIYA MUKHINA VS NYC PASTA AND RISOTTO CO. D/B/A RADICCHIO PASTA AND ROSOTTO CO, SATINDER SHARMA AND DANIEL MONTOYA
INDEX NO: 17-CV-6915

**INVOICE NO.:** 187145701
**INVOICE DATE:** 6/7/2018

**TAX ID #:** 11-266-5545
**BILLER ID:** SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/15/2018 | DEPOSITION OF THE DEFENDANT, DANIEL MONTOYA 55PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 247.50 |
| | 1/2 DAY APPEARANCE - YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 16.00 |
| | **SUB TOTAL** | **$318.50** |
| | **PAID** | **$0.00** |
| | **BALANCE DUE** | **$318.50** |

*THIS CASE HAS BEEN UPLOADED INTO*
*YOUR TRANSCRIPT REPOSITORY*
*THE DIAMOND VAULT*

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\*
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE
\*\*\*PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241\*\*\*

Make checks payable to: Diamond Reporting, Inc.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Check

Credit Card #: _____

Exp. Date: _____   Security Code: _____

Name on Card: _____

**DIAMOND DEPOSITION CENTERS**

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island, Dutchess,
Melville, Mineola, Orange, Rockland,
Sullivan, White Plains, Ulster
• • • • • • • • • • • •
New Jersey

*Marcia Gotler*
714 Greenwood Avenue
Brooklyn, NY 11218

### LETTER OF AGREEMENT

1. As per email and telephone contact with Maria J Cedeno-Cassinelli of Michael Faillace and Associates, P.C., on August 21-22, 2018, this letter shall confirm that Marcia Gotler has been engaged to provide interpreting services at trial in the case of Carrasco Flores, et al. v. NYC Pasta and Risotto Co. LLC, et al. Interpretation will be provided for witness testimony from English to Spanish and from Spanish to English on September 5-7, 2018, in the Southern District of New York Courthouse before Judge Lorna G. Schofield.

2. Interpretation will be rendered in tandem with a partner with whom Marcia Gotler will alternate at regular intervals throughout the day. This is necessary in order to avoid interpreter fatigue, and in the interest of preserving an accurate record.

3. The fee payable for the period specified in Paragraph 2 above shall be $800.00 per day, for up to seven hours worked between 9:00 a.m. and 5:00 p.m., with the remaining hour set aside for lunch. Additional time after this period shall be billed in one-hour increments at the rate of $150.00 per hour.

4. This agreement to provide interpreting services has been made directly and exclusively with Michael Faillace and Associates, P.C. Payment for services shall not be contingent upon the fulfillment of any financial obligation in regard to interpreting services by any third party to the Faillace law firm. Payment for interpreting services shall be due within 30 days of invoice date. After a grace period of 30 days, a penalty of 1.5% of the total invoice amount will be compounded for each month in arrears.

5. If the request for interpreting services on the dates in Paragraph 2 above is canceled with less than 48 hours' notice, payment shall be due in full for those days. This calculation is based on business days, and weekends and holidays are excluded.

6. Please sign below to acknowledge your agreement and acceptance of these terms.

Interpreter Signature: *[signature]*

Marcia Gotler

August 24, 2018
Date

Attorney Signature: *[signature]*

MICHAEL FAILLACE
*Please print name*

8/31/2018
Date

JAN CALLOWAY
PO BOX 22635
BROOKLYN, NY  11202-2635

## LETTER OF AGREEMENT

1. As per email and telephone contact with Maria J Cedeno-Cassinelli of Michael Faillace and Associates, P.C., on August 21-22, 2018, this letter shall confirm that Jan Calloway has been engaged to provide interpreting services at trial in the case of Carrasco Flores, et al. v. NYC Pasta and Risotto Co. LLC, et al. Interpretation will be provided for witness testimony from English to Spanish and from Spanish to English on September 5-7, 2018, in the Southern District of New York Courthouse before Judge Lorna G. Schofield.

2. Interpretation will be rendered in tandem with a partner with whom Ms. Calloway will alternate at regular intervals throughout the day. This is necessary in order to avoid interpreter fatigue, and in the interest of preserving an accurate record.

3. The fee payable for the period specified in Paragraph 2 above shall be $800.00 per day, for up to seven hours worked between 9:00 a.m. and 5:00 p.m., with the remaining hour set aside for lunch. Additional time after this period shall be billed in one-hour increments at the rate of $150.00 per hour.

4. This agreement to provide interpreting services has been made directly and exclusively with Michael Faillace and Associates, P.C. Payment for services shall not be contingent upon the fulfillment of any financial obligation in regard to interpreting services by any third party to the Faillace law firm. Payment for interpreting services shall be due within 30 days of invoice date. After a grace period of 30 days, a penalty of 1.5% of the total invoice amount will be compounded for each month in arrears.

5. If the request for interpreting services on the dates in Paragraph 2 above is canceled with less than 48 hours' notice, payment shall be due in full for those days. This calculation is based on business days, and weekends and holidays are excluded.

6. Please sign below to acknowledge your agreement and acceptance of these terms.

Interpreter Signature: _[signed]_
Jan Calloway
Date: August 24, 2018

Attorney Signature: _[signed]_
MICHAEL FAILLACE
Please print name
Date: 8/31/2018

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:    0503786-IN
INVOICE DATE:   09/11/18

CUSTOMER NO.:   1007222
WORK ORDER NO.: 194423

SALESPERSON:    CSIW

Michael Faillace & Associates,
60 East 42nd Street
Suite 4510
New York, NY  10165
Attention: Michael Faillace

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | |
|---|---|---|---|
| | VICENTE CARRASCO FLORES, ET AL. V NYC PA | | |
| | CASE NO.   **17CV06915** | | |
| 9/7/2018 | Original | 116.00   Pages at   $3.93 | 455.88 |

Net Invoice:        455.88
Less Discount:        0.00
Freight:              0.00
Sales Tax:            0.00
**Invoice Total:**  455.88

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0503788-IN
INVOICE DATE: 09/11/18

CUSTOMER NO.: 1007222
WORK ORDER NO.: 194422

SALESPERSON: CSIW

Michael Faillace & Associates,
60 East 42nd Street
Suite 4510
New York, NY  10165
Attention:Michael Faillace

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | VICENTE CARRASCO FLORES, ET AL. V NYC PA | | | | |
| | CASE NO. | **17CV06915** | | | |
| 9/5/2018 | Original | | 85.00  Pages at | $3.93 | 334.05 |

Net Invoice: 334.05
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** **334.05**

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**