```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

VICENTE CARRASCO FLORES and
VALERIYA MUKHINA, individually
and on behalf of others similarly situated,

    Plaintiffs,

        -against-

NYC PASTA AND RISOTTO CO. LLC
(d/b/a RADICCHIO PASTA AND
RISOTTO CO.), SATINDER SHARMA and
DANIEL MONTOYA,

    Defendants.

-------------------------------------------------------X

17 Civ. 06915 (LGS)

## NOTICE OF MOTION FOR RECONSIDERATION
## UNDER LOCAL RULE 6.3

Defendant Satinder Sharma hereby moves under Local Rule 6.3 for reconsideration of the Court's order from the bench during trial denying his motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for the reasons stated in the accompanying memorandum of law.

Date:  October 4, 2018

Respectfully submitted,
/s/ *Brian Lehman*
Brian Lehman
Lehman LG LLC
244 5th Ave., Suite B258
New York, New York 10001
brian@lehmanlawgroup.com
724-453-4626
Counsel for Defendants

Plaintiffs shall file a letter, not to exceed five pages, by October 26, 2018, responding to Defendant's motion.

Dated: October 5, 2018

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**