```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VINCENTE CARRASCO FLORES, et al.,                           :
                                       Plaintiffs,          :
                                                            :           17 Civ. 6915 (LGS)
              -against-                                     :
                                                            :                ORDER
NYC PASTA AND RISOTTO CO. LLC., et al.,                     :
                                       Defendants.          :
                                                            :
------------------------------------------------------------:
                                                            X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2018

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs' motion for attorney fees was fully briefed as of October 9, 2018.

It is hereby

**ORDERED** that Plaintiffs shall submit a courtesy copy to the Court by **October 23, 2018,** in compliance with Individual Rule III.B.5.

Dated: October 19, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**