November 23, 2018

Hon. Lorna G. Schofield
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Motion for Reconsideration of Order in *Carrasco Flores et al v. NYC Pasta and Risotto co. LLC et al.*, 17 Civ. 06915 (LGS)

Your Honor:

In compliance with Individual Rule III.B.5, I have mailed to the Court a printed courtesy copy of:

    (1)    Defendant Satinder Sharma's Motion for Reconsideration of the Courts order from the bench during trial denying Mr. Sharma's motion for judgment as a matter of law along with the accompanying memorandum of law (Dkt. #77 & #78); and

    (2)    Plaintiffs' memorandum of law in opposition (Dkt. #90).

Because Individual Rule III.A.3 as well as the Court's order requiring a response from Plaintiffs (Dkt. #83) are silent on filing a reply brief on a motion for reconsideration, Defendant Sharma has not submitted one. Should a reply brief be ordered, a five-page reply could be produced within seven days.

Sincerely,

/s/ *Brian Lehman*
Brian Lehman
Lehman LG LLC
244 5th Ave., B258
New York, NY 10001
724-453-4626
brian@lehmanlawgroup.com
Counsel for Defendant Sharma

cc: counsel of record by CM/ECF