UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VICENTE CARRASCO FLORES and
VALERIYA MUKHINA, individually
and on behalf of others similarly situated,

                                                                                             17 Civ. 06915 (LGS)

      Plaintiffs,

-against

NYC PASTA AND RISOTTO CO. LLC
(d/b/a RADICCHIO PASTA AND RISOTTO
CO.), SATINDER SHARMA and DANIEL
MONTOYA,

      Defendants.
--------------------------------------------------------X

## MOTION TO WITHDRAW

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Brian Lehman, attorney for Defendants in the above-entitled action, hereby move to withdraw as an attorney of record on the ground that Tanner Bryce Jones will be representing defendants in all subsequent proceedings. Mr. Jones has appeared (Dkt. #68) and his contact information remains:

T. Bryce Jones
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

      I hereby request that my name and email be removed from receiving electronic filings in this case.

Date: Nov. 24, 2018                                               Respectfully Submitted,

                                                                                             /s/ *Brian Lehman*
                                                                                                       Brian Lehman
                                                                                                       Lehman LG LLC
                                                                                                   244 5th Ave., B258
                                                               brian@lehmanlawgroup.com

cc: all counsel of record by CM/ECF