UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    VINCENTE CARRASCO FLORES, et al.,                      :
                                        Plaintiffs,        :
                                                           :        17 Civ. 6915 (LGS)
                 -against-                                 :
                                                           :        ORDER
    NYC PASTA AND RISOTTO CO. LLC., et al.,                :
                                        Defendants.        :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2019

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on October 5, 2018, Plaintiffs filed proposed damage calculations (Dkt. 79).

The proposed damage calculations are unopposed.

        WHEREAS, on October 5, 2018, Plaintiffs filed a motion for attorneys' fees (Dkt. 80).

Defendants oppose Plaintiffs' attorneys' fees motion (Dkt. 84).  It is hereby

        ORDERED that Plaintiffs' proposed damage calculations are APPROVED.  By March

21, 2019, Plaintiffs shall submit a proposed order in Microsoft Word format to the Chambers'

Inbox, copying Defendants.  If Defendants object to the proposed order, they shall file a letter on

ECF explaining such objections by March 28, 2019.  It is further

        ORDERED that Plaintiffs' application for attorneys' fees will be referred to a Magistrate

Judge in a separate order.


Dated:  March 18, 2019
        New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE