# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

October 3, 2019

**Via ECF**

Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　　Re:　Flores, Carrasco, et al. v. NYC Pasta and Risotto Co. LLC, et al.;
　　　　　　　　　17-cv-6915 (LGS)

Dear Judge Schofield:

　　　I represent Plaintiffs in the above referenced matter and submit this letter to advise the Court that Plaintiffs hereby waive and forbear any claims for an award of attorneys' fees and costs in this action.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　/s/ *Joshua S. Androphy, Esq.*
　　　　　　　　　　　　　　　　　Joshua S. Androphy, Esq.