# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 6, 2023

**BY ECF**

Honorable Lorna G. Schofield.  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
40 Foley Square  
New York, NY 10007

The Clerk of Court is respectfully directed to close the gavel at Dkt. No. 114.

Dated: May 3, 2023  
New York, New York

*[Signature]*  
LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

Re:   **Flores, Carrasco, et al. v. NYC Pasta and Risotto Co. LLC, et al.;**  
       **17-cv-6915 (LGS)**

Your Honor:

We represent Plaintiffs in the above referenced matter. We write to respectfully withdraw our request for a pre-motion conference filed at Docket No. 114.

After we filed our request, Defendant Sharma provided us with the overdue responses to Plaintiffs' Information Subpoena. We will review the responses to make sure they are complete.

Thank you for your attention.

Respectfully Submitted,

/s/*Jesse Barton*  
Jesse Barton, Esq.  
CSM Legal, P.C.

Encl.

Cc: Defendant Sharma  
c/o Bryce Jones, Esq. (Via ECF and Email)

*Certified as a minority-owned business in the State of New York*